IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01617-PAB-MJW

PAYOUT ONE,

Plaintiff(s),

v.

CORAL MORTGAGE BANKERS, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff Payout One and Defendants Darren J. Hayden and Coral Mortgage Bankers' Joint Motion to Vacate January 14, 2009 Settlement Conference, DN 28, and Defendant Coral Mortgage Bankers Corp.'s Supplement to Joint Motion to Vacate the Settlement Conference Scheduled for January 14, 2009, DN 31, are both GRANTED. The Settlement Conference set on January 14, 2009, at 10:00 a.m., is VACATED. The settlement conference may be reset upon unopposed motion by either/both parties.

Date: January 7, 2009