IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01617-PAB-MJW

PAYOUT ONE,

Plaintiff(s),

v.

CORAL MORTGAGE BANKERS, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Defendant Coral Mortgage Bankers Corp.'s Motion for Modification of Scheduling Order, DN 34, filed with the Court on February 11, 2009, is GRANTED. The Scheduling Order is amended as follows:

     The discovery cut-off date is extended up to and including June 19, 2009;

     The dispositive motions deadline is extended up to and including July, 19, 2009;

     The parties shall designate experts on or before April 21, 2009;

     The parties shall designate rebuttal experts on or before May 19, 2009; and,

     Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before May 19, 2009.

     The parties have noted in their motion that the schedule will allow the parties to maintain the present dates for the Pretrial Order and Pretrial Conference.

Date: February 26, 2009