IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01617-PAB-MJW

PAYOUT ONE,

Plaintiff(s),

v.

CORAL MORTGAGE BANKERS, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Compel (docket no. 41) is GRANTED and Defendant Coral Mortgage Bankers Corp.'s Motion for Protective Order Pursuant to Rule 26(c)(docket no. 45) is DENIED.

That pursuant to Fed. R. Civ. P. 26(b), Plaintiff has a right to discovery on relevant matters. I find that a Fed. R. Civ. P. 30(b)(6) deposition of Defendant Coral Mortgage Bankers Corporation's  representative is appropriate and is reasonably calculated to lead to admissible evidence at trial. The parties shall forthwith meet and confer and clear a date for Defendant Coral Mortgage Bankers Corporation's Rule 30(b)(6) deposition. Each party shall pay their own attorney fees and costs for this motion since I find that an award of expenses under these circumstances would be unjust.

Date:  June 17, 2009