IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01617-PAB-MJW

PAYOUT ONE,

Plaintiff(s),

v.

CORAL MORTGAGE BANKERS, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Compel and Motion to Stay (docket no. **50**) are both DENIED. As to the Motion to Compel, this court finds that such requested discovery in this motion is irrelevant to the issues remaining before this court and will not lead to discovery of admissible evidence at trial. As to the Motion to Stay, this court finds no basis in law or fact to stay this case at this time. This court is aware of the outstanding Motion for Summary Judgment (docket no. 44) filed by Defendant Coral Mortgage Bankers and pending before Judge Brimmer. It is not unusual to have an outstanding dispositive motion pending and to have discovery continue.

Date: July 06, 2009